THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAVID M. ULMAN, Appellant.

Argued October 21, 1954; decided December 3, 1954.

**932**

*John T. Sullivan* for appellant.

*Frank S. Hogan, District Attorney* (*Harold Roland Shapiro* and *Charles W. Manning* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.